UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,      Case No. 1:07cr59

  -vs-        HON. JACK ZOUHARY

Jamal Jerome Glenn,

    Defendant.

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties and no objection was made within the required time.

THEREFORE , IT IS ORDERED

1. The Report and Recommendation of the Magistrate Judge filed 9/7/07, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Jamal Glenn's plea of guilty to Count 1& 2 of the Indictment is accepted.

Defendant is adjudicated guilty.

3. **Sentencing date scheduled on December 10, 2007 at 3:30 p.m. at 499 Federal Building, Grand Rapids, Michigan, before the Honorable Jack Zouhary is hereby confirmred.**

IT IS SO ORDERED.

              *s/ JACK ZOUHARY 10/18/2007*
              United States District Judge